**Electronically Filed**
**Supreme Court**
**SCWC-30484**
**01-MAY-2013**
**02:25 PM**

SCWC-30484

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF THE APPLICATION OF HONOLULU CONSTRUCTION AND DRAYING COMPANY, LIMITED, to register and confirm title to land situate at Honolulu, City and County of Honolulu, State of Hawaiʻi, ALOHA TOWER DEVELOPMENT CORPORATION, Respondent/Petitioner,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF LAND AND NATURAL RESOURCES, TRUSTEES OF THE WILLIAM G. IRWIN CHARITY FOUNDATION, SCENIC HAWAIʻI, INC., THE OUTDOOR CIRCLE, HISTORIC HAWAIʻI FOUNDATION, HAWAIʻIʼS THOUSAND FRIENDS, LIFE OF THE LAND, WILLIAM OLDS, JR. AND JANE OLDS BOGARD, AND INTERVENOR, CITY AND COUNTY OF HONOLULU, Respondents/Respondents,

and

SCENIC HAWAIʻI, INC.,
Petitioner/Respondent-Cross-Appellee,

vs.

ALOHA TOWER DEVELOPMENT CORPORATION,
Respondent/Petitioner-Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30484; APPLICATION NO. 787; L.C. CASE NO. 01-1-0007)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on March 19, 2013 by Petitioner/Petitioner-Cross-Appellant Scenic Hawaiʻi,

Inc. is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, May 1, 2013.

| | |
|---|---|
| John T. Hoshibata, Rex Y. Fujichaku, and Dana A. Barbata, for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| Deirdre Marie-Iha, for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

